MARK D. BRUTZKUS - Bar No. 128102
MICHAEL A. BERNET - Bar No. 306657
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:   (818) 827-9000
Facsimile:    (818) 827-9099
Email:        mbrutzkus@bg.law
              mbernet@bg.law

HARLAN M. LAZARUS *(Pro Hac Vice Application to be filed)*
LAZARUS & LAZARUS P.C.
240 Madison Avenue, 8th Floor
New York, NY 10016
Telephone:   (212) 889-7400
Email:        hlazarus@lazarusandlazarus.com

Attorneys for Plaintiff, EASY SPIRIT LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EASY SPIRIT LLC<br><br>Plaintiff,<br><br>v.<br><br>DBS BANK LTD., and DOES 1 to 10,<br><br>Defendants. | Case No. 2:19-cv-07290<br><br>**PLAINTIFF'S COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

EASY SPIRIT, LLC ("Plaintiff" or "EASY SPIRIT"), by and through its undersigned attorneys, hereby prays to this Honorable Court for relief based on the following:

### JURIDICTION AND VENUE

1.     EASY SPIRIT is a corporation incorporated under the laws of the State of Delaware and having its principal place of business in the State of Connecticut. No members of this LLC are citizens of Singapore.

///

///

2.     Defendant DBS BANK LTD ("DBS" or "Defendant") is an international bank having offices in Los Angeles, California, Singapore, and Hong Kong, with its principal place of business and place of incorporation in Singapore.

3.     This United States District Court has federal diversity jurisdiction under 28 U.S.C §1332(a) in that parties are citizens of diverse states and the amount in controversy exceed $75,000.

4.     Venue is proper in this district pursuant to 28 U.S.C. §1391(b)(1) &(c)

## BACKGROUND

5.     EASY SPIRIT is an affiliate company of Marc Fisher, LLC.

6.     EASY SPIRIT has business dealings with foreign clients, including GRI Accessories (HK) Ltd. ("GRI"), a Hong Kong corporation that operates an apparel and accessories brand-management and retail distribution network in the Asian region.

7.     To help secure dealings with GRI, EASY SPIRIT asked their banker, Citibank, N.A. ("Citibank"), for a referral to a bank that would issue a Letter of Credit on GRI.

8.     On or about March 21, 2017, Citibank notified EASY SPIRIT that DBS Bank issued a Letter of Credit to EASY SPIRIT, specifically making EASY SPIRIT the beneficiary of a DBS Bank Irrevocable Standby Letter of Credit numbered 807-02-0011956 with an aggregate amount not exceeding $350,000.00 (the "Standby LC"). A copy of the March 17, 2017 standby letter of credit is attached here as Exhibit A.

9.     The Letter of Credit was subject to the Uniform Customs and Practice for Documentary Credits, 2007 Revision, issued by the International Chamber of Commerce as Publication No. 600 ("UCP").

10.    The Standby LC was and is a primary obligation of DBS Bank. The Standby LC provide the following relevant provisions:

COMPLAINT

"WE, DBS BANK LTD., HONG KONG BRANCH, HONG KONG ISSUE OUR

IRREVOCABLE STANDBY LETTER OF CREDIT: 807-02-0011956 DATED

170317

BENEFICIARY: EASY SPIRIT LLC

777 WEST PUTNAM AVE.,

GREENWICH, CT 06830 USA

APPLICANT: GRI ACCESSORIES (HK) LTD.

27/F REGENT CENTRE TOWER A

63 WO YI HOP ROAD KWAI CHUNG N.T. HONG KONG

FOR THE AGGREGATE AMOUNT NOT EXCEEDING USD350,000.00

(SAY US DOLLAR THREE HUNDRED AND FIFTY THOUSAND ONLY)

COVERING THE PURCHASE OF MERCHANDISES OF EASY SPIRIT LLC

THIS CREDIT EXPIRES AT OUR COUNTER ON 16MAR2018."

     11.   Importantly, the Standby LC, provided payment against drafts drawn at

sight on DBS Bank Ltd, accompanied by the following documents:

(a)   "COPY OF PURCHASE ORDER FROM APPLICANT.

(b)   COPY OF UNPAID INVOICE(S) FROM ORDER.

(c)   A STATEMENT DULY SIGNED BY AN AUTHORIZED OFFICER OF

THE BENEFICIARY IN ONE ORIGINAL STATING THAT THE APPLICANT

FAILED TO SETTLE THE AMOUNT OF THE VALUE  OF THE INVOICES(S)

WITHIN 60 DAYS FROM THE DATE OF SAID INVOICE(S), INDICATING

THIS IRREVOCABLE STANDBY DOCUMENTARY CREDIT NUMBER AND

UNPAID VALUE."

     12.   On January 12, 2018, the Standby LC was amended whereby the date of

expiration was extended from March 16, 2018 to March 15, 2019.

     13.   On or about August 30, 2018, EASY SPIRIT – as beneficiary of the

Standby LC – demanded that the Standby LC be paid to EASY SPIRIT pursuant to

its terms because GRI failed to pay invoices in the amount of $350,081.40 within sixty (60) days from the date of said invoices.

14.   On or about September 11, 2018, DBS Bank set forth various "discrepancies" to EASY SPIRIT's demand – many of which were not part of the terms and conditions of the Standby LC.

15.   DBS Bank's refusal notice set forth the following alleged discrepancies with Easy Spirit's demand:

1.   DRAFTS NOT SUBMITTED.

2.   BENEFICIARY' STATEMENT NOT SUBMITTED.

3.   INVOICE VALUE TOTAL FOR USD168,888.88 EVIDENCED COPY OF INVOICE WITH MATCHED COPY OF PURCHASE ORDER SUBMITTED. OTHER SUBMITTED INVOICES AND PURCHASE ORDERS CANNOT MATCH WITH EACH OTHER.

4.   SOME OF INVOICES NOT ADDRESSED TO L/C APPLICANT

5.   SOME OF INVOICES NOT ISSUED BY BENEFICIARY EASY SPIRIT LLC

A copy of DBS Bank's September 11, 2018 refusal notice (the "First Refusal Notice") is attached here as Exhibit B.

16.   On or about September 14, 2018, EASY SPIRIT duly resubmitted its demand with corrected invoices in compliance with the Standby LC.

17.   On March 5, 2019, EASY SPIRIT was informed once again that DBS Bank alleged various "discrepancies," many of which were not part of the terms and conditions of the Standby LC.

18.   Moreover, such a delayed response was in violation of the UCP, which the Standby LC is subject to.

19.   DBS Bank's March 5, 2019 refusal notice set forth the following alleged "discrepancies" with Easy Spirit's demand:

1.   DRAFT:

A. THE SIGNED SIGNATURE AND ENDORSEMENT WITHOUT
   BENEFICAIRY COMPANY STAMP. - INVALID

B. STATED PAY AT 60 DAYS FROM SHIPMENT DATE INSTEAD
   OF AT SIGHT.

C. STATED THE L/C DATE 12AUG2016 INSTEAD OF
   17MAR2017.

D. SHOWING AMOUNT USD350,081.60 WHEREAS ALSO
   SHOWING USD350,081.40

2. BENEFICIARY STATEMENT:

A. STATED THE CONTENT NOT AS PER L/C REQUIREMENT.

B. NOT STATED THE STANDBY L/C NO.

C. SHOWING UNPAID VALUE USD417,668.72 CONFLICT WITH
   INVOICE AND DRAFT

3. MANY INVOICES STATED OTHER COMPANIES NAME AND
   ADDRESS AS 'APPLICANT' IN CONFLICT WITH THE L/C
   APPLICANT STATED IN THE L/C.

A copy of DBS Bank's "Second Refusal Notice" dated March 5, 2019 is attached as
Exhibit C.

20.   On or about March 12, 2019 and March 14, 2019, EASY SPIRIT sent
two more presentations – for a third (3rd) and fourth (4th) attempt – to respond to
DBS Bank's alleged "discrepancies" by providing revised and additional
documents to DBS Bank.

21.   Despite full compliance, EASY SPIRIT received another refusal notice
on March 20, 2019 stating that "discrepancies" existed – even though each of the
"discrepancies" are without merit, and in addition, some of the discrepancies are
not set forth by the Standby LC.

22.   Moreover, DBS bank failed to make any claims of deficiencies with
respect to the purchase orders until the third and fourth combined refusal notices –

despite the fact that EASY SPIRIT provided those same purchase orders several times beforehand and as early as August 2018.

23.   DBS Bank's third and fourth combined refusal notices set forth the following alleged "discrepancies" with Easy Spirit's demand:

1.   BENEFCIARY STATEMENT STATED THE CONTENT NOT AS PER L/C REQUIREMENT.

2.   INVOICES SHOWING TOTAL VALUE USD340,652.43, DIFFERENT FROM THAT ON DRAFT AND BENEF STAT

3.   COPY OF PURCHASE ORDER NOT FROM APPLICANT

A copy of DBS Bank's "Third and Fourth combined Refusal Notice" dated March 20, 2019 is attached as Exhibit D.

24.   Notwithstanding EASY SPIRIT's three (3) proper and timely presentations, DBS Bank has refused, and continues to refuse, to honor its obligation under the Standby LC, in that it has failed to remit any of the $350,000 due to EASY SPIRIT under the Standby LC.

## FIRST CAUSE OF ACTION

### (Breach of Contract, Failure to Honor, Irrevocable Standby Letter of Credit)

25.   Plaintiff repeats and realleges each and every allegation contained hereinabove as though fully set forth herein.

26.   At the request of applicant GRI, DBS Bank issued the letter of credit in the amount of $350,000 in favor of Plaintiff as beneficiary.

27.   Pursuant to the terms of the Standby LC, the Standby LC is subject to the UCP.

28.   Pursuant to the UCP, DBS Bank, as issuer bank, is obligated to honor the Standby LC upon presentation by Plaintiff of the documents stipulated in the Standby LC and the satisfaction of the terms and conditions contained in the Standby LC.

29.   DBS wrongfully dishonored the Standby LC, despite Plaintiff's presentation of documents stipulated in the Standby LC and the satisfaction of the terms and conditions contained in the Standby LC.

30.   Plaintiff has thus been damaged by DBS Bank and is entitled to recover $350,000, plus all applicable interest, against DBS Bank.

**SECOND CAUSE OF ACTION**

**(Breach of Covenant of Implied Covenant of Good Faith and Fair Dealing)**

31.   Plaintiff repeats and realleges each and every allegation contained hereinabove as though fully set forth herein.

32.   Implied in the Standby LC, was and is the duty of good faith and fair dealing owed by DBS Bank to Plaintiff.

33.   DBS Bank breached its duties of good faith and fair dealing owed pursuant to the Standby LC when it refused to honor Plaintiff's demands for payment.

34.   As a direct and proximate result of DBS Bank's conduct and its breach of good faith and fair dealing, Plaintiff has suffered damages in the amount of $350,000.

///

///

///

///

///

///

///

///

///

///

2170442/5260.001

# PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

      a.  On Plaintiff's First Cause of Action, for an award of damages in the amount of $350,000.00;

      b.  On Plaintiff's Second Cause of Action, for an award of damages in the amount of $350,000.00;

      c.  For interest on such amounts;

      d.  For costs of suit and attorneys' fees and costs;

      e.  For a jury trial which is hereby demanded; and

      f.  Such other and further relief as the Court may deem proper.

Dated:  August 22, 2019

BRUTZKUS GUBNER

By: _____

MARK D. BRUTZKUS
MICHAEL A. BERNET
Attorneys for Plaintiff,
EASY SPIRIT LLC

2170442/5260.001

# EXHIBIT A

Citibank,N.A.

OUR REFERENCE NO : 19677411

DATE : MAR. 21, 2017

STANDBY LETTER OF CREDIT

ADVICE OF IRREVOCABLE STANDBY LC

TO:
EASY SPIRIT LLC
777 WEST PUTNAM AVE.,
GREENWICH,
CT 06830 U.S.A.

FROM:
CITIBANK,N.A.
C/O ITS SERVICER, CITICORP NORTH AMERICA,
INC.
3800 CITIBANK CENTER
BUILDING B, 3RD FLOOR
TAMPA, FL 33610
TEL:  866-498-8670

OUR REF NO.            :      19677411
ISSUING BANK LC     :      807-02-0011956
REF. NO.

---

DEARS SIR(S),

WE ARE INSTRUCTED BY:
DBS BANK LTD,
HONG KONG BRANCH,
HONG KONG.

TO ADVISE YOU THEY HAVE ISSUED THEIR IRREVOCABLE STANDBY LETTER
OF CREDIT IN YOUR FAVOR AS QUOTED HEREIN.

THIS LETTER IS SOLELY AN ADVICE OF LETTER OF CREDIT OPENED BY
OUR CORRESPONDENT AND CONVEYS NO RESPONSIBILITY OR ENGAGEMENT ON
CITIBANK, N.A. NEW YORK'S PART.

THIS ADVICE OF LETTER OF CREDIT IS SUBJECT TO THE UNIFORM
CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS, 2007 REVISION,
INTERNATIONAL CHAMBER OF COMMERCE PUBLICATION NO. 600 (UCP).

ALL PARTIES TO THIS LETTER OF CREDIT ARE ADVISED THAT THE U.S.
GOVERNMENT HAS IN PLACE CERTAIN SANCTIONS AGAINST CERTAIN
COUNTRIES, INDIVIDUALS, ENTITIES, AND VESSELS.  CITIGROUP
ENTITIES, INCLUDING BRANCHES AND, IN CERTAIN CIRCUMSTANCES,
SUBSIDIARIES, ARE/WILL BE PROHIBITED FROM ENGAGING IN
TRANSACTIONS OR OTHER ACTIVITIES WITHIN THE SCOPE OF APPLICABLE
SANCTIONS.

IMPORTANT NOTICE TO THE BENEFICIARY:
UPON RECEIPT OF THIS ADVICE PLEASE REVIEW ALL TERMS AND
CONDITIONS OF THIS STANDBY LETTER OF CREDIT CAREFULLY.  IF ANY
OF THE TERMS AND CONDITIONS ARE NOT ACCEPTABLE TO YOU, YOU MAY
CONTACT THE APPLICANT DIRECTLY AND REQUEST AMENDMENT(S).

THIS LETTER OF CREDIT IS NOT AVAILABLE WITH US FOR PAYMENT AND

Citibank,N.A.

OUR REFERENCE NO : 19677411

DOES NOT EXPIRE AT OUR COUNTERS. THEREFORE, SHOULD YOU PRESENT
DRAWING DOCUMENT(S) TO US, WE WILL FORWARD SUCH DOCUMENT(S)
WITHOUT EXAMINATION, AND WITHOUT ANY RESPONSIBILITY OR
UNDERTAKING ON OUR PART, TO THE ISSUING BANK OR ANY NOMINATED
BANK FOR EXAMINATION AND PAYMENT AS PER THE TERMS AND CONDITIONS
OF THIS LETTER OF CREDIT.
QUOTE

0534 17CITIUS33GXXX29658
1733 17DBSSHKHHAXXX90478
760 02
27:(SEQUENCE OF TOTAL)
1/1
20:(OUR REF NUM)
807-02-0011956
23:(FURTHER ID)
ISSUE
30:(DATE)
170317
40C:(GUARANTEE SUBJECT TO)
OTHR/SEE BELOW
77C:(DET OF GUARANTEE)
PLEASE FURTHER ADVISE THIS STANDBY LETTER OF CREDIT THROUGH YOUR
OFFICE AT 701 EAST 60TH STREET NORTH, SIOUX FALLS, SD USA
ABA: 021 000 089

WE, DBS BANK LTD., HONG KONG BRANCH, HONG KONG ISSUE OUR
IRREVOCABLE STANDBY LETTER OF CREDIT: 807-02-0011956 DATED 170317

BENEFICIARY: EASY SPIRIT LLC
777 WEST PUTNAM AVE.,
GREENWICH, CT 06830 USA

APPLICANT: GRI ACCESSORIES (HK) LTD.
27/F REGENT CENTRE TOWER A
63 WO YI HOP ROAD KWAI CHUNG N.T. HONG KONG

FOR THE AGGREGATE AMOUNT NOT EXCEEDING USD350,000.00
(SAY US DOLLAR THREE HUNDRED AND FIFTY THOUSAND ONLY)

COVERING THE PURCHASE OF MERCHANDISES OF EASY SPIRIT LLC

THIS CREDIT EXPIRES AT OUR COUNTER ON 16MAR2018.

THIS CREDIT IS AVAILABLE WITH DBS BANK LTD, HONG KONG BRANCH,
HONG KONG BY PAYMENT AT OUR COUNTER AGAINST BENEFICIARY'S DRAFTS
DRAWN AT SIGHT ON DBS BANK LTD, HONG KONG BRANCH, HONG KONG
ACCOMPANIED WITH THE FOLLOWING DOCUMENTS:

+ COPY OF PURCHASE ORDER FROM APPLICANT.
+ COPY OF UNPAID INVOICE(S) FROM ORDER.
+ A STATEMENT DULY SIGNED BY AN AUTHORIZED OFFICER OF THE
BENEFICIARY IN ONE ORIGINAL STATING THAT THE APPLICANT FAILED TO
SETTLE THE AMOUNT OF THE VALUE OF THE INVOICE(S) WITHIN 60 DAYS

Citibank,N.A.

OUR REFERENCE NO : 19677411

FROM THE DATE OF SAID INVOICE(S), INDICATING THIS IRREVOCABLE
STANDBY DOCUMENTARY CREDIT NUMBER AND UNPAID VALUE.

ADDITIONAL CONDITIONS:
+ ALL DOCUMENTS MUST BE ISSUED IN ENGLISH.
+ PARTIAL DRAWINGS ARE PERMITTED.
+ ALL BANK CHARGES OUTSIDE DC ISSUING BANK'S COUNTER RELATING TO
THE STANDBY L/C ARE BORNE BY APPLICANT.
+ ALL PARTIES TO THIS DOCUMENTARY CREDIT ARE ADVISED THAT THERE
ARE SPECIFIC SANCTIONS AND REGULATIONS IMPOSED AND ENFORCED BY
THE US, UN, EU AND OTHER GOVERNMENTAL AND/OR REGULATORY
AUTHORITIES AGAINST CERTAIN COUNTRIES, ENTITIES AND/OR
INDIVIDUALS. UNDER THESE MEASURES, THE BANK AND OTHER PARTIES
MAY BE UNABLE TO PROCESS OR ENGAGE IN TRANSACTIONS WHICH INVOLVE
A BREACH OF THE SANCTIONS AND THE AUTHORITIES MAY REQUIRE
DISCLOSURE OF INFORMATION. THE BANK ASSUMES NO LIABILITY FOR
REJECTING ANY PRESENTATION OF DOCUMENTS THAT MAY VIOLATE THE
AFORESAID CONDITION AND ANY LOSS, DAMAGES OR DELAY ARISING
DIRECTLY OR INDIRECTLY IN CONNECTION WITH THE AFORESAID MATTERS.
+ THIS CREDIT IS SUBJECT TO UNIFORM CUSTOMS AND PRACTICE FOR
DOCUMENTARY CREDITS (2007 REVISION) INTERNATIONAL CHAMBER OF
COMMERCE PUBLICATION NO. 600.

INSTRUCTION TO THE PRESENTING BANK:
+ THE AMOUNT AND DATE OF EACH PRESENTATION MUST BE ENDORSED ON
THE REVERSE OF THE ORIGINAL CREDIT BY THE PRESENTING BANK.
+ ALL DOCUMENTS ARE TO BE FORWARDED THROUGH PRESENTING BANK VIA
COURIER SERVICE IN ONE LOT TO US AT 8TH FLOOR, ONE ISLAND EAST,
18 WESTLANDS ROAD, ISLAND EAST, HONG KONG ATTN: TRADE RP-OBP
SECTION.
+ UPON RECEIPT OF DOCUMENTS IN CONFORMITY WITH THE TERM AND
CONDITIONS OF THIS CREDIT, WE SHALL REIMBURSE YOU IN ACCORDANCE
WITH YOUR INSTRUCTIONS.

0540 21CITIUS33BXXX51663
1740 21DBSSHKHHAXXX94547
767 02
27:(SEQ OF TOTAL)
1/1
20:(OUR REF NUM)
807-02-0011956
21:(RELATED REF)
19677411
23:(FURTHER ID)
ISSUE
30:(DATE)
170321
26E:(NUMBER OF ADMENDMENT)
01
31C:(DATE OF ISSUE)
170317
77C:(AMENDMENT DETAILS)
+ 'COVERING THE PURCHASE OF FOOTWEAR AND ACCESSORIES OF EASY

Citibank,N.A.

OUR REFERENCE NO : 19677411

SPIRIT LLC' INSTEAD OF
'COVERING THE PURCHASE OF MERCHANDISES OF EASY SPIRIT LLC'

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

UNQUOTE

PLEASE DIRECT ANY INQUIRIES, QUOTING OUR REFERENCE NUMBER, TO:
CUSTOMER SERVICE DEPARTMENT,
CITIBANK,N.A. C/O ITS SERVICER, CITICORP NORTH AMERICA, INC. 3800 CITIBANK CENTER BUILDING B, 3RD
FLOOR TAMPA, FL 33610
TEL: 866-498-8670(CUSTOMER SERVICE)
WEBSITE: WWW.TRANSACTIONSERVICES.CITIGROUP.COM (CLICK ON TRADE SERVICES AND FINANCE)

ATTN: STANDBY LC DEPT

AUTHORIZED SIGNATURE
CITIBANK,N.A.

Citibank,N.A.



DATE: JAN. 12, 2018

OUR REFERENCE NO : 19677411

## L/C AMENDMENT

IRREVOCABLE STANDBY LC

TO:
EASY SPIRIT LLC
777 WEST PUTNAM AVE.,
GREENWICH,
CT 06830 U.S.A.

FROM:
CITIBANK,N.A.
C/O ITS SERVICER, CITICORP NORTH AMERICA,
INC.
3800 CITIBANK CENTER
BUILDING B, 3RD FLOOR
TAMPA, FL 33610
TEL: 866-498-8670

| OUR REF NO | : | 19677411 |
|---|---|---|
| ISSUING BANK LC REF.NO | : | 807-02-0011956 |

DEAR SIR(S),

WE ARE INSTRUCTED BY:

DEVELOPMENT BANK OF SINGAPORE LTD
33RD FLOOR WU CHUNG HOUSE
213 QUEENS ROAD EAST
WANCHAI  HONG KONG

TO ADVISE YOU THAT THEIR LETTER OF CREDIT NUMBER 807-02-0011956, FOR THE ACCOUNT OF GRI ACCESSORIES (HK) LTD, AS ISSUED IN YOUR FAVOR HAS BEEN AMENDED AS FOLLOWS:

QUOTE

DATE OF AMENDMENT: JAN. 12, 2018

NEW DATE OF EXPIRY: MAR. 15, 2019

NEW TERMS AND CONDITIONS:
ADDITIONAL CONDITIONS:
QUOTE

0624 12CITIUS33BXXX61738
1924 12DBSSHKHHAXXX81206
767 02
27:(SEQ OF TOTAL)
1/1
20:(OUR REF NUM)
807-02-0011956
21:(RELATED REF)
19677411

*GRI* (handwritten)

PAGE 1 OF 2

Citibank,N.A.

**citi**

OUR REFERENCE NO : 19677411

23:(FURTHER ID)
ISSUE
30:(DATE)
180112
26E:(NUMBER OF ADMENDMENT)
02
31C:(DATE OF ISSUE)
170317
77C:(AMENDMENT DETAILS)
THE EXPIRY DATE NOW EXTENDED TO 15 MAR 2019
.
ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.
.
UNQUOTE

UNQUOTE
PLEASE CHECK CAREFULLY THE TERMS AND CONDITIONS OF THIS CREDIT AND IF YOU ARE UNABLE TO FULFILL ONE OR MORE OF THEM, PLEASE CONTACT YOUR CUSTOMER IMMEDIATELY TO ARRANGE NECESSARY AMENDMENTS.

ALL OTHER TERMS AND CONDITIONS OF THE ORIGINAL CREDIT INSTRUMENT REMAIN UNCHANGED.

THIS IS SOLELY AN ADVICE OF AN AMENDMENT ISSUED BY THE ISSUING BANK AND CONVEYS NO ENGAGEMENT BY US.

THIS AMENDMENT(S) IS AN INTEGRAL PART OF THE ORIGINAL CREDIT AND MUST BE ATTACHED THERETO.

PLEASE DIRECT ANY INQUIRIES, QUOTING OUR REFERENCE NUMBER, TO:

CUSTOMER SERVICE DEPARTMENT,
CITIBANK,N.A. C/O ITS SERVICER, CITICORP NORTH AMERICA, INC.3800 CITIBANK CENTERBUILDING B, 3RD FLOORTAMPA, FL 33610
TEL: 866-498-8670()
FAX: ()

WEBSITE:WWW.TRANSACTIONSERVICES.CITIGROUP.COM (CLICK ON TRADE SERVICES AND FINANCE)

AUTHORIZED SIGNATURE
CITIBANK,N.A.

# EXHIBIT B

**From:** *GT IN NA Trade CS [mailto:trade.csu@citi.com]
**Sent:** Tuesday, September 11, 2018 9:58 AM
**To:** Roger Ho
**Subject:** 19677411

Dear Rodger,

Please see below swift from the issuing bank.  Please contact your customer in regards.

UVR2312

NYLCE

.NYSIDCB 050808

TEST NR

0408 05CITIUS33AXXX14317

1608 05DBSSHKHHAXXX29563

734 02

:20:(Our Ref Num)

807-02-0011956

:21:(Presenting Banks Ref)

19677411

:32A:(Date and Amount of utilisation)

180830USD350000,00

:57A:(Account with Bank)

CHASUS33

:72:(Sender to recvr Info)

ATTN: CITICORP NORTH AMERICA INC,

TAMPA, USA

:77J:(Discrepancies)

1. DRAFTS NOT SUBMITTED.

2. BENEFICIARY' STATEMENT NOT SUBMITTED.

3. INVOICE VALUE TOTAL FOR USD168,888.88

EVIDENCED COPY OF INVOICE WITH MATCHED COPY OF

PURCHASE ORDER SUBMITTED. OTHER SUBMITTED

INVOICES AND PURCHASE ORDERS CANNOT MATCH WITH

EACH OTHER.

4. SOME OF INVOICES NOT ADDRESSED TO L/C APPLICANT

5. SOME OF INVOICES NOT ISSUED BY BENEFICIARY

EASY SPIRIT LLC

:77B:(Disposal of Documnts)

/HOLD/

CHK/D3CEA7247459


Miriam | Citi, Trade Client Operations, Tampa | 866.498.8670 | trade.csu@citi.com


A new free of charge service is available to provide beneficiaries with information about their export transactions via email. For further details please contact us and we will be glad to activate this service for you.

Our website called Trade Advisor (no password required) provides real-time updates on the status of your LCs at no extra cost. Click on the following link and select the Trade Advisor tab to check the status of every LC in just a few second www.citidirect.com

CitiDirect BESM Mobile – Trade Advisor

Just like Trade Advisor through CitiDirect Online Banking, Trade Advisor Mobile allows you to view the most current status of your Letters of Credit, Document Presentations, Collections and Open Account transactions instantly. That means you can now see whether a trade transaction has been advised, amended or paid from anywhere in the world and at any time of the day or night, right on your mobile device To initiate an inquiry on Trade Advisor Mobile, simply enter https://m.citidirectbe.com/trade into your mobile browsers. It's really that simple to get an up-to-the-minute status on a trade transaction!

# EXHIBIT C

Regards
Saiprakash Kamath
NAM Trade Operations

**From:** [fisherfootwear.com] Roger Ho <Roger.Ho@fisherfootwear.com>
**Sent:** Wednesday, March 6, 2019 8:29 AM
**To:** Kamath, Saiprakash [ICG-OPS] <sk55542@imcnam.ssmb.com>
**Subject:** RE: 19677411

1Z9Y85410193552314

Here is the tracking.

**From:** Kamath, Saiprakash [mailto:saiprakash.kamath@citi.com]
**Sent:** Tuesday, March 05, 2019 6:09 PM
**To:** Roger Ho
**Subject:** RE: 19677411

Thanks Roger

Please advise the courier tracking number and if possible provide the scanned copy via email also, thanks

Regards
Saiprakash Kamath
NAM Trade Operations

**From:** [fisherfootwear.com] Roger Ho <Roger.Ho@fisherfootwear.com>
**Sent:** Tuesday, March 5, 2019 6:07 PM
**To:** Kamath, Saiprakash [ICG-OPS] <sk55542@imcnam.ssmb.com>
**Subject:** RE: 19677411

Documents are on the way to you.

**From:** Kamath, Saiprakash [mailto:saiprakash.kamath@citi.com]
**Sent:** Tuesday, March 05, 2019 5:31 PM
**To:** Roger Ho
**Subject:** RE: 19677411

Hi Roger

It was pleasure talking to you, as discussed we have received the below discrepancies from the Issuing Bank, request you to submit the revised documents

Once documents are received, we will forward the same to IB at your risk and responsibility without any examination, Issuing Bank will perform the Document examination and advise further course of action

As Citibank is not examining the documents, we will not be in a position to confirm or dispel the discrepancies raised by them. The LC expiry date is 15 March 2019, so request you to expedite sending us the revised documents

77J:(Discrepancies)
1. DRAFT:
A. THE SIGNED SIGNATURE AND ENDORSEMENT WITHOUT BENEFICAIRY COMPANY STAMP. - INVALID
B. STATED PAY AT 60 DAYS FROM SHIPMENT DATE INSTEAD OF AT SIGHT.
C. STATED THE L/C DATE 12AUG2016 INSTEAD OF 17MAR2017.
D. SHOWING AMOUNT USD350,081.60 WHEREAS ALSO SHOWING USD350,081.40

2. BENEFICIARY STATEMENT:
A. STATED THE CONTENT NOT AS PER L/C REQUIREMENT.
B. NOT STATED THE STANDBY L/C NO.
C. SHOWING UNPAID VALUE USD417,668.72 CONFLICT WITH INVOICE AND DRAFT
3. MANY INVOICES STATED OTHER COMPANIES NAME AND ADDRESS AS 'APPLICANT' IN CONFLICT WITH THE L/C APPLICANT STATED IN THE L/C.

Regards
Saiprakash Kamath
NAM Trade Operations

---

**From:** [fisherfootwear.com] Roger Ho [mailto:Roger.Ho@fisherfootwear.com]
**Sent:** 05/Mar/19 11:10:19 AM
**To:** *GT IN NA Trade CS
**Subject:** RE: 19677411

I was informed that DBS is stating that there are discrepancies again with the last email.  Can you please send DBS a message that states all the invoice and purchase order documents were matched.   The applicant has dissolved in bankruptcy therefore there is no one at the company to speak with.  Funds need to be released immediately.

---

**From:** *GT IN NA Trade CS [mailto:trade.csu@citi.com]
**Sent:** Wednesday, October 24, 2018 4:41 PM
**To:** Roger Ho
**Cc:** *GT IN NA Trade CS
**Subject:** 19677411

# EXHIBIT D

**From:** Kamath, Saiprakash [ICG-OPS]
**Sent:** Wednesday, March 20, 2019 8:58 AM
**To:** '[fisherfootwear.com] Roger Ho' <Roger.Ho@fisherfootwear.com>
**Subject:** RE: 19677411

Hi Roger

We have received below refusal swift from Issuing bank, thanks


UVR0627
NYLCE
.NYSIDCB 191227
TEST NR
0827 19CITIUS33AXXX25970
2026 19DBSSHKHHAXXX14292
734 02
:20:(Our Ref Num)
807-02-0011956
:21:(Presenting Banks Ref)
19677411
:32A:(Date and Amount of utilisation)
190312USD350000,00
:57A:(Account with Bank)
CHASUS33
:72Z:(Sender to recvr Info)
ATTN: CITICORP NORTH AMERICA INC,
TAMPA, USA
REMARKS: IN RECEIVING YOUR REVISED
DOCS, THE BELOW MENTIONED
DISCREPANCIES WERE FOUND UNDER
YOUR SAME REFERENCE
:77J:(Discrepancies)
1. BENEFICIARY STATEMENT STATED THE CONTENT NOT
AS PER L/C REQUIREMENT.
2. INVOICES SHOWING TOTAL VALUE USD340,652.43,
DIFFERENT FROM THAT ON DRAFT AND BENEF STAT
3. COPY OF PURCHASE ORDER NOT FROM APPLICANT
:77B:(Disposal of Documnts)
/RETURN/
-
CHK/FB20C0D39B70
SAC
=03191227 NA XVQ24692


Regards
Saiprakash Kamath
NAM Trade Operations