EVERSHEDS SUTHERLAND (US) LLP
  Ian S. Shelton (CA Bar No. 264863)
  (ianshelton@eversheds-sutherland.com)
500 Capitol Mall, Suite 2350
Sacramento, CA 95814
Telephone:   (916) 844-2965
Facsimile:    (916) 241-0501

Attorney for Defendant DBS Bank Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EASY SPIRIT LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DBS BANK LTD., and DOES 1 to 10,<br><br>Defendants. | NO. 2:19−cv−07290 GW (AFMx)<br><br>The Honorable George H. Wu<br><br>**DECLARATION OF IAN S. SHELTON IN SUPPORT OF DEFENDANT DBS BANK LTD.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO THE *FORUM NON CONVENIENS* DOCTRINE AND RULE 12(B)(6)**<br><br>Hearing Date:    November 25. 2019<br>Hearing Time:    8:30 a.m.<br><br>Courtroom:    9D<br>Address:        U.S. Courthouse<br>                      350 W. First Street<br>                      Los Angeles. CA 90012 |

DECLARATION OF IAN S. SHELTON

# DECLARATION OF IAN S. SHELTON

I, Ian S. Shelton, declare as follows:

1.      I am licensed attorney eligible to practice in the State of California and the Central District of California.  I am counsel at the law firm of Eversheds Sutherland (US) LLP and represent DBS Bank Ltd. in the matter of *Easy Spirit LLC v. DBS Bank Ltd.*, Case No. 2:19-cv-07290, Dkt. 1 (C.D. Cal. Aug. 22, 2019).  I have personal knowledge of the facts contained herein, and if called upon to testify I could and would testify competently as to the truth of the facts stated herein.  I make this declaration in support of DBS Bank Ltd.'s Notice of Motion and Motion to Dismiss the Complaint Pursuant to the *Forum Non Conveniens* Doctrine and Rule 12(b)(6) ("Motion").

2.      A true and correct copy of the U.S. District Court—Judicial Caseload Profile for the Central District of California is attached as **Exhibit 4**.  I downloaded this document from the U.S. Courts website at https://www.uscourts.gov/statistics-reports/federal-court-management-statistics-june-2019.  As reflected in **Exhibit 4**, the median time from filing to trial for civil cases in the Central District of California was 21.3 months (2014), 19.8 months (2015), 19.8 months (2016), 20.0 months (2017), 20.0 months (2018), and 22.0 months (2019).

3.      This Motion is being made following the conference of counsel via email on October 21, 2019 and phone on October 22, 2019.  The parties were unable to voluntarily resolve the issues raised by this Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 24, 2019.

*Ian Shelton*
_____
Ian S. Shelton

-1-
DECLARATION OF IAN S. SHELTON